UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JENNIFER FLANIGAN,              :       NO. C-1-02-405
                                :
    Plaintiff,                  :
                                :
v.                              :       **ORDER**
                                :
                                :
LIBERTY LIFE ASSURANCE          :
COMPANY OF BOSTON, et al.,      :
                                :
    Defendants.                 :


This matter is before the Court on the parties' Joint Motion to Continue Trial Date (doc. 14).

The parties indicate that Plaintiff has just received notice that her social security disability hearing has been scheduled for September 22, 2003, and therefore conflicts with the currently scheduled trial in this matter (_Id_.). Because the amounts at issue in this lawsuit are dependent on Plaintiff's social security disability benefits, the parties agree that it makes more sense to proceed with the social security disability hearing on September 22, while rescheduling the trial (_Id_.).

Having reviewed this matter, the Court finds the parties' motion well-taken. Accordingly, the Court GRANTS the Joint Motion to Continue Trial Date (doc. 14), VACATES the previously scheduled Final Pretrial Conference set for September 10, 2003 (doc. 12), and the Trial set for September 22, 2003 (doc. 5), SCHEDULES a status conference in this case at 4:00 p.m. on November 13, 2003, and

RESETS the Final Pretrial Conference for 2:00 p.m. on December 30, 2003, and the two-day bench Trial for January 20, 2004.

    SO ORDERED.

Dated: _____       s/_____
                                      S. Arthur Spiegel
                                      United States Senior District Judge