UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JENNIFER FLANIGAN | Case No. C-1-02-405 |
| Plaintiff | (Judge Spiegel) |
| v. | **AGREED ENTRY OF DISMISSAL** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al. | |
| Defendants | |

This Court is advised that the parties have reached a settlement and agree to the dismissal of this case, with prejudice. It is therefore,

ORDERED, ADJUDGED AND DECREED that this case is dismissed, with prejudice, costs to Defendant, Liberty Life Assurance Company.

_____
Judge Spiegel

HAVE SEEN AND AGREED:

_____
James C. Frooman
Lindhorst & Dreidame
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202

_____
Douglas R. Dennis
Frost Brown Todd, LLC
201 E. 5th Street, Suite 2200
Cincinnati, Ohio 45202-4182

368706v1